UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA DAILEY,

    Plaintiff,

Case No. 05-73619

Honorable Nancy G. Edmunds

v.

FAITH UNBANSKIE,

    Defendant.

_____ /

**ORDER OF DISMISSAL**

Plaintiff filed a complaint on September 21, 2005, against Faith Unbanskie. The following consists of all the allegations in Plaintiff's complaint:

> Faith Unbanskie is the one who is behind all this mass over there at Sherwood Village Moblie Park and she is the one who behind one hour martinizing cleaners and she the one who had borken my house over there at Sherwood Village Moblie Park and she is the one who mass up the 1994 Cheveyione Crossier with sand drit water togethere inside the car and also stold the 1994 Pontioncion 6000 and also back in the year of 1996 she came down two one hour martinizing cleaners and had a gun on hear and said Keith Anderson hear he would wanted you two have these and it was shit on shit on a plate she took a pay off by Phipples Moking from Ecorse Police Department and said that Sam Mittion was the one who was behind at all because he felt I like this what are we child masser like they are and we are not at all that why.

(Pl.'s Complt.)

As observed by the Sixth Circuit, "a district court may, at any time, *sua sponte* dismiss a complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure when the allegations of a complaint are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion."

*Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999). The Court finds that Plaintiff's complaint is, on its face, totally implausible, frivolous and devoid of merit. Accordingly, the Court hereby **DISMISSES** this action pursuant to Rule 12(b)(1).

    **SO ORDERED.**

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: September 27, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 27, 2005, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager